IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BILLY CAROL ANDERSON, SR.** **PETITIONER**

v. Civil No. 1:21cv150-HSO-MTP

**BURL CAIN** **RESPONDENT**

## FINAL JUDGMENT

In accordance with the Order entered this date adopting the Report and Recommendations [16] of the United States Magistrate Judge and overruling Petitioner Billy Carol Anderson, Sr.'s Objection [18],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of June, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE